| | |
|---|---|
| Name | Bruce Richard Senator |
| Street Address | P.O. Box 4783 |
| City and County | Garden Grove |
| State and Zip Code | CA 92842-4783 |
| Telephone Number | (657) 251-7001 or (657) 800-8065 |
| | Email: brucesenator@gmail.com |

**FILED**

APR 12 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Bruce Richard Senator

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

   **-against-**

Jeff Macomber;_____

Matthew McVay;_____

California Department of Corrections and Rehabilitation; Does 1 through 100
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 1:24-cv-00439-SAB
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
   *(check one)*

**RECEIVED**

APR 12 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ *al* _____DEPUTY CLERK

---

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

---

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bruce Richard Senator |
| Street Address | P.O. Box 4783 |
| City and County | Garden Grove, Orange County |
| State and Zip Code | CA 92842-4783 |
| Telephone Number | (657) 251-7001 or (657) 800-8065 |
| E-mail Address | Email: brucesenator@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeff Macomber |
| Job or Title (if known) | Secretary of Corrections |

2

| Street Address | 1515 'S' Street #101N |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | CA 95811 |
| Telephone Number | (916) 324-7308 |
| E-mail Address (if known) | |

☒ Individual capacity          ☒ Official capacity

**Defendant No. 2**

| Name | Matthew McVay |
| Job or Title (if known) | Warden (Retired) |
| Street Address | 21633 Avenue 24 |
| City and County | Chowchilla, Madera County |
| State and Zip Code | CA 93610 |
| Telephone Number | (559) 665-6100 |
| E-mail Address (if known) | |

☒ Individual capacity          ☐ Official capacity

**Defendant No. 3**

| Name | California Department of Corrections and Rehabilitation |
| Job or Title (if known) | |
| Street Address | 1515 'S' Street #101N |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | CA 95811 |
| Telephone Number | (916) 324-7308 |
| E-mail Address (if known) | |

☐ Individual capacity          ☒ Official capacity

**Defendant No. 4**

| Name | |
| Job or Title | |

(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

☐   Individual capacity          ☐   Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Protections under 42 U.S.C. § 12101 Americans With Disabilities Act;

Protections under California statutory law Civil Code §§ 43, 51, and 1708

as Pendant State Claims.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Plaintiff was under the custody of, or control of, Defendants during the events leading to this litigation. It was the actions, inactions, and failure of policies, practices and procedures which brought about the harm to Plaintiff.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Valley State Prison 21633 Avenue 24, Chowchilla, CA 93610

B.   What date and approximate time did the events giving rise to your claim(s) occur?

November 15, 2022 through April 11, 2023 (pre-release).

April 12 through April 19, 2023 (post-release).

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

[see "STATEMENT OF FACTS" at ATTACHMENT: 1]

5

**IV.    Injuries**    [ Incorporating the "STATEMENT OF FACTS"  (ATTACHMENT: 1) ]

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1) Stranded with NO California ID, NO access to $200 release funds "blocked" from use

   by prison personnel, and NO transportation, placed Plaintiff in acute jeopardy.

(2) Pushing a heavy rollator ten (10) miles exacerbated pre-existing medical conditions.

(3) Having to live "HOMELESS" in a city he knew nothing about placed Plaintiff's

   life in acute jeopardy.

(4) Having to live homeless in very cold weather where temperatures dipped to the 30s

   at night was TORTURE, placing Plaintiff's life in acute jeopardy.


**V.    Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

(1) Monetary damages against Jeff Macomber.

(2) Monetary damages against Matthew McVay.

(3) Declaratory relief against California Department of Corrections and Rehabilitation,

   acknowledging its failure to train and supervise personnel.

(4) Injunctive relief against California Department of Corrections and Rehabilitation,

   ordering new standards, training, and oversight of pre-release, and release policies

   and procedures, specifically regarding transportation of persons upon release

   pursuant to medical needs and the Americans With Disabilities Act.

6

Senator v Macomber

First Cause of Action

Incorporating all allegations and exhibits contained herein and the STATEMENT OF FACTS, Plaintiff SENATOR alleges that Defendant JEFF MACOMBER, Secretary of Corrections of Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, violated Plaintiff's:

    1)  Protections pursuant to 42 U.S.C. § 1983 and § 12101.

    2)  Protections pursuant to California Civil Code §§ 43, 51, and 1708.

It is further alleged that Defendant MACOMBER failed to properly train and supervise Defendant MATTHEW MCVAY and DOES 1 through 100, which was a direct causation to the actions and inactions resulting in harm to Plaintiff.

Plaintiff seeks monetary damages from Defendant MACOMBER of $100,000,000.00.

Plaintiff seeks declaratory relief that Defendant MACOMBER was responsible for these acts harming Plaintiff, and that such acts were HEINOUS.

Plaintiff seeks injunctive relief ordering Defendant MACOMBER to take specific proactive steps to ensure all CDCR personnel have enhanced training, and ongoing on-site oversight every day, 24-hours a day, 356 days a year.  This means watchdog personnel on each separate facility, each separate 'yard' and that such watchdog personnel have the ability to order CDCR personnel to leave the premises immediately if needed to ensure the safety of incarcerated persons.

Senator v Macomber

Second Cause of Action

Incorporating all allegations and exhibits contained herein and the STATEMENT OF FACTS,
Plaintiff SENATOR alleges that Defendant MATTHEW MCVAY, Warden (Retired) of
VALLEY STATE PRISON (VSP) of Defendant CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, violated Plaintiff s:

   1) Protections pursuant to 42 U.S.C. § 1983 and § 12101.
   2) Protections pursuant to California Civil Code §§ 43, 51, and 1708.

It is further alleged that Defendant MCVAY failed to properly train and supervise Defendant
DOES 1 through 100, which was a direct causation to the actions and inactions resulting in harm
to Plaintiff.

Plaintiff seeks monetary damages from Defendant MCVAY of $100,000,000.00.

Senator v Macomber

Third Cause of Action

Incorporating all allegations and exhibits contained herein and the STATEMENT OF FACTS, Plaintiff SENATOR alleges that Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), under respondeat superior, is responsible and liable for the actions and inactions of Defendants MACOMBER, MCVAY, and DOES 1 through 100.

Plaintiff also alleges Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) failed to ensure that its personnel were properly trained and supervised which was a direct causation of events leading to the violation of:

    1)  Protections pursuant to 42 U.S.C. § 1983 and § 12101.

    2)  Protections pursuant to California Civil Code §§ 43, 51, and 1708.

Plaintiff seeks declaratory relief that Defendant CDCR was responsible for these acts harming Plaintiff, and that such acts were HEINOUS.

Plaintiff seeks injunctive relief ordering Defendant CDCR to take specific proactive steps to ensure all CDCR personnel have enhanced training, and ongoing on-site oversight every day, 24-hours a day, 356 days a year.  This means watchdog personnel on each separate facility, each separate 'yard' and that such watchdog personnel have the ability to order CDCR personnel to leave the premises immediately if needed to ensure the safety of incarcerated persons.

# ATTACHMENT:  1

# ATTACHMENT:  1

Senator v Macomber

**STATEMENT OF FACTS**

This Complaint arises from actions and inactions taken by Defendants JEFF MACOMBER, and MATTHEW MCVAY, and DOES 1 through 100, employees of Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (hereinafter CDCR).

JEFF MACOMBER is the Secretary of Corrections of CDCR, and is sued in his individual and official capacities.

MATTHEW MCVAY is the former Warden of Valley State Prison (hereinafter VSP), and is sued in his individual capacity.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) is the correctional authority for the State of California, and is sued in its official capacity seeking declaratory and injunctive relief.

On November 15, 2022 a "Release Program Study" was initiated by CDCR Parole Services officials at Valley State Prison (VSP) (EXHIBIT: A) and forwarded to DANIEL HERNANDEZ, Chief Probation Officer (HERNANDEZ) and acted upon by KATHLEEN GREEN, Supervising Probation Officer, both of the Orange County Probation Department (OCPD).

The Release Program Study states clearly at page 3 of 4, "Transport Precaution Code: 92" and "Per Medical Evaluation Dated 05/17/2022." At page 4 or 4 is noted, "Physical Limitations: Transport Vehicle with Lift."

1

Senator v Macomber

Also forwarded were copies of Plaintiffs CDCR medical documents (EXHIBIT: B) to ensure proper transportation was provided on release scheduled for April 12, 2023:

- November 15, 2022 "DPP Disability / Accommodation" "Transport Vehicle with Lift."
- September 8, 2021 "1845/7410" [Disability Placement Program Verification form] "Needs a wheelchair lift to access transport vehicles.

Subsequently Plaintiff filed with Defendant MCVAY:

- Requests including CDCR-602 Grievance and CDCR-1824 Reasonable Accommodation Request (Americans with Disabilities Act), to ensure CDCR provided "Transport Vehicle with Lift" upon release April 12, 2023.
- Additional medical disability documents regarding a "Transport Vehicle with Lift" (EXHIBIT: C), along with an "Outline of Injuries and Conditions" (EXHIBIT: D).

**Release From Custody April 12, 2023**

On April 12, 2023, release from CDCR prison custody date, Defendants MCVAY and DOES 1 through 100:

- Withheld Plaintiff's new California ID card, even though defendants had received this new card in January 2023 specifically to be provided on April 12, 2023 release.
- Provided Plaintiff with his $200 release funds on a JPay debit card, however placing a "block" on the card preventing its use, without informing Plaintiff.
- Provided NO "Reasonable Accommodation" "Transport Vehicle with Lift" on release at

VSP CDCR personnel drove Plaintiff to an Amtrak station at 18770 Rd 26, Madera, CA 93638, and literally DUMPED Plaintiff at the station:

- NO identification.
- NO release funds.
- NO transportation.

2

Senator v Macomber

1  Plaintiff had four (4) boxes of personal property, having to reduce property to three (3) boxes, tie

2  them on his rollator with shoelaces, and walk for ten (10) hours to the City of Madera Police

3  Department at 330 S 'C St, Madera, CA 93638.

4

5  Madera Police contacted Defendant's MCVAY and DOES 1 through 100, in addition to

6  DANIEL HERNANDEZ and KATHLEEN GREEN on several occasions advising of the above,

7  all of whom REFUSED to provide transportation, or relief of any sort.

8

9                                    **April 19-20, 2023**

10  On April 19, 2023 Plaintiff went to Madera County Social Services which brought in Adult

11  Protective Services (APS). APS contacted JPay debit card services which advised a "Block" had

12  been placed on the debit card by CDCR officials at VSP.

13

14  APS found Plaintiff was abused and in danger, taking Plaintiff into their care and placing him in

15  their protective "Respite" facility. On April 20, 2023 APS drove Plaintiff to Fresno, and

16  purchased a ticket on a Greyhound bus having a wheelchair lift, which arrived in Orange County

17  at 10:00 P.M. April 20, 2023.

18

19  From April 12 to 19, 2023 Plaintiff, then a 67-year-old DISABLED SENIOR CITIZEN, was

20  STRANDED, and ENDANGERED due to the actions and inactions of Defendants who knew

21  Plaintiff (a) was in their custody, (b) disabled, and (c) required "reasonable accommodation" of

22  "transport vehicle with lift" under the Americans with Disabilities Act (A.D.A.).

23

24  Plaintiff was forced to live, ON THE STREET, WITHOUT FUNDS, WITHOUT FOOD,

25  WITHOUT A CELLPHONE TO COMMUNICATE, WHILE HAVING TEMPERATURES

26  DIPPING INTO THE UPPER 30s AT NIGHT. Plaintiff only survived due to the food and

27  clothing brought with him on release that he packed and carried on his rollator ... walking

28  ten (10) hours to get from the Amtrak station into downtown Madera.  Sheer survival!

3

Senator v Macomber

## Torture

Having to walk, DISABLED, with DYSEQUILIBRIUM and NERVE DAMAGE for TEN (10) HOURS, was TORTURE. It exacerbated already serious, chronic medical conditions.

## Conspiracy to Commit Murder

In the months afterwards Plaintiff learned the actions by Defendants MCVAY and DOES 1 through 100, were … more than intentional.

During Plaintiff's incarceration at two CDCR prisons, CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY (CASATF) in Kings County (January 2020 to April 2022) and then at VALLEY STATE PRISON (VSP) in Madera County (April 2022 to April 12, 2023), Plaintiff had sought to enforce California Penal Code §§ 834-847 "Private Persons Arrests" upon CDCR custody and CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES (CCHCS) officials for crimes committed in violation of State or Federal laws.

CDCR officials at CASATF tried to have Plaintiff murdered twice, the first on June 24, 2021 and again during the period of August 20-27, 2021.

Plaintiff "locked it up" in Administrative Segregation (Ad-Seg) so to at least reduce the ability of CASATF officials from inciting and arranging further murder attempts.

Plaintiff was transferred to VSP in April 2022.  Subsequently, CDCR Internal Affairs investigators visited Plaintiff several times regarding the attempted murders at CASATF.

While stranded in Madera, out front at the City of Madera Police Department, after Madera Police called VSP officials on the issue, Madera Police asked me to sleep at night "on the street" instead of inside an entryway alcove.

4

Senator v Macomber

1   Plaintiff spoke with people in the area who advised against this as the area was too dangerous,

2   more so at night.

3

4   It has now been learned that VSP officials made this specific request of Madera City Police

5   officials, as VSP officials were arranging a drive-by shooting, another murder attempt.

6

7   In fact, it has now been learned the entire reason for dumping Plaintiff at the 'country' Amtrak

8   station far away from town, without a California ID, without funds, without transportation, was

9   that Plaintiff's murder was … AGAIN in the works.

10

11   Had Plaintiff stayed at the Amtrak station, camping out there instead of taking the 10-hour trek

12   into town (City of Madera), Plaintiff would have been murdered at the Amtrak station.

13

14

15   April 9, 2024                    *Bruce Senator   Bruce Senator*

16                                    Bruce Richard Senator, Plaintiff

17

18   Verification

19   I, BRUCE RICHARD SENATOR, having read this STATEMENT OF FACTS, do attest to its

20   truth and accuracy upon knowledge and belief, under penalty of perjury pursuant to the laws of

21   the State of California and the United States.

22

23   April 9, 2024                    *Bruce Senator   Bruce Senator*

24                                    Bruce Richard Senator, Declarant

25

26

27

28

5

# EXHIBIT:  A

# EXHIBIT:  A

0017

 **CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

INMATE COPY

12527

# RELEASE PROGRAM STUDY

## I. CASE FACTORS

| CDC NUMBER BL0483 | OFFENDER SENATOR, BRUCE R. | | | | COUNTY OF COMMITMENT Orange | | COUNTY OF LAST LEGAL RESIDENCE Orange |
|---|---|---|---|---|---|---|---|
| ☑ NEW FELON  ☐ PVWNT | SID # A06604274 | PID # 11207071 | PLACEMENT SCORE 42 | INSTITUTION Valley State Prison | | ☐ URGENT ACTION Standard Release | SCHEDULED RELEASE DATE 04/17/2023 TYPE: Jurisdictional Discharge – PRCS |

## II. RESIDENCE PLANS

☐ REQUESTS OUT OF COUNTY PAROLE/RELEASE     ☐ REQUESTS OUT-OF-STATE PAROLE/RELEASE     ☐ CHANGE OF ADDRESS

| PRIMARY RESIDENCE | WITH WHOM Transient | RELATIONSHIP | PHONE NUMBER/MOBILE NUMBER / |
|---|---|---|---|
| | STREET ADDRESS | CITY Garden Grove | ZIP 92803 | COUNTY Orange |
| ALTERNATE RESIDENCE | WITH WHOM | RELATIONSHIP | PHONE NUMBER/MOBILE NUMBER / |
| | STREET ADDRESS | CITY | ZIP | COUNTY (STATE, IF INTERSTATE) |

## III. SUPERVISION DETERMINATION BY CORRECTIONAL COUNSELOR/PAROLE AGENT

| a. Check ALL that apply on the CURRENT TERM: | b. Parole Terms | c. For PC 290 Only | d. Supervision Determination | |
|---|---|---|---|---|
| ☐ PC 667.5(c)  ☐ PC 192.7(c) ☐ LIFE SENTENCE | ☐ PC 3000 exclusion | STATIC 99 SCORE: ☐ HRSO = Male with 4, or more, Female with moderate or high risk | ☐ RELEASE TO CDCR PAROLE REGION: | ☑ RELEASE TO COUNTY SUPERVISION |

| CORRECTIONAL COUNSELOR/PAROLE AGENT SIGNATURE S. Alatorra | BADGE#/PERN#. 25242 | CONTACT NUMBER AND EXT. 559-665-8100 | DATE SIGNED 11/15/2022 |
|---|---|---|---|

## IV. SUPERVISOR REVIEW AND APPROVAL OF SCREENING DETERMINATION

☐ REDIRECT RPS TO:     ☐ CANCEL RPS FORM     ☐ CANCEL RELEASE PLAN

**Comments**

| ☑ I HAVE REVIEWED AND APPROVE THE SUPERVISION | ☑ CSRA SCORE: | ☐ Meets 3060.7 PC criteria |
|---|---|---|

CDCR SOMS DTRT135 - CDC NUMBER: BL0483 NAME: SENATOR, BRUCE R.          Page 1 of 4

0018

DETERMINATION:

INMATE COPY

| CORRECTIONAL COUNSELOR/PAROLE SUPERVISOR SIGNATURE<br>L. Boltgen | BADGE#/PERN# 5106 | CONTACT NUMBER AND EXT. | DATE SIGNED 11/15/2022 |
|---|---|---|---|

## V. COUNTY AGENCY REPORTING INSTRUCTIONS

**Orange County Probation Department**
**909 N. Main Street, Suite 1**
**Santa Ana, CA 92701**
**\*Report To:  PCS Officer Of The Day\***
Screener: Kathleen Green, SPO
**(714) 569-2000**
**NO SPECIAL CONDITIONS AT THIS TIME**

PHONE NUMBER AND EXT.

12/20/2022
Kgreen 12-28-2022

☐ PC 3060.7 NOTED OK   ☐ NOT APPLICABLE, REPORT AS FOLLOWS:

## VI. CDCR PAROLE REPORTING INSTRUCTIONS (DAPO ONLY)

## VII. INMATE RECEIVED A COPY OF REPORTING INSTRUCTIONS

| CDCR NUMBER BL0485 | OFFENDER NAME SENATOR, BRUCE R. | OFFENDER SIGNATURE Bruce Senald | DATE SIGNED 3-1-2013 |
|---|---|---|---|
| STAFF SIGNATURE TRCM | BADGE#/PERN# 23283 | CONTACT NUMBER AND EXT. 559 1665-6100 | DATE SIGNED 3.12.5 |

## VIII. NOTIFICATION AND REGISTRATION REQUIREMENTS/SPECIAL INTEREST

| NOTIFICATION (Check all that apply) | ☐ NONE | SPECIAL INTEREST | ☑ NONE |
|---|---|---|---|
| ☐ PC 3058.6  ☐ PC 3058.61  ☐ PC 3058.65  ☑ PC 3060.8<br>☐ PC 3058.9  ☐ PC 11150 | | ☐ PUBLIC INTEREST CASE  ☐ SUBSTANCE ABUSE PROGRAM<br>☐ SECURITY HOUSING UNIT | |
| **REGISTRATION** | ☑ NONE | **OTHER REQUIREMENTS (Check all that apply)** | ☐ NONE |
| ☐ PC 290  ☐ PC 186.30  ☐ PC 457.1 | | ☐ PC 646  ☐ PC 1177.1 RESTITUTION  ☑ PC 3063 | |

## IX. DETAINER(S)

| ICE DETAINER PLACED<br>☐ YES ☑ NO | IF YES, INDICATE US ICE "A" NUMBER | NON-CITIZEN:<br>☐ ACTUAL  ☐ POTENTIAL  ☐ PREVIOUSLY DEPORTED |
|---|---|---|
| OTHER DETAINER(S)<br>☐ YES ☑ NO | IF YES, INDICATE AGENCY AND DETAINER NUMBER | |

## X. EMPLOYMENT PLANS

| PRIMARY SOURCE OF INCOME | PERSON TO CONTACT | CONTACT TELEPHONE NUMBER |
|---|---|---|

CDCR SOMS OTRT135 - CDC NUMBER: BL0485 NAME: SENATOR, BRUCE R.    Page 2 of 4

0018

| SECONDARY SOURCE OF INCOME | PERSON TO CONTACT | CONTACT TELEPHONE NUMBER |
|---|---|---|

INMATE COPY

## XI. CASEWORKER EVALUATION

| HAS THE INMATE SERVED IN ANY BRANCH OF THE US MILITARY? | ☐ YES | ☑ NO |
|---|---|---|

LIST WORK SKILLS, GANG AND ENEMY INFORMATION, AND KNOWN FAMILY PROBLEMS:
WORK SKILL:

Porter

STG:
II - WHITE SECURITY THREAT GROUPS; N/A; Suspected

NON-CONFIDENTIAL ENEMY NAMES:
STEVENS, MICHAEL A.

|  | NOTED | CLEAR |
|---|---|---|
| STG | ☑ | ☐ |
| USA | ☑ | ☐ |
| COSA | ☑ | ☐ |

| ☐ VOCATIONAL PROGRAM: | ☐ PIA: | ☐ JOINT VENTURE PROGRAM: | TABE (lleat) Score: |
|---|---|---|---|

### CASEWORKER COMMENTS
CLIA: Orange
Subject is in need of housing assistance from the County
Release Allowance: Subject requests debit card

## XII. SERIOUS DISCIPLINARIES
LIST CURRENT TERM RULES VIOLATION REPORTS FOR BATTERY ON STAFF OR INMATE, DISTRIBUTION OF DRUGS, POSS. OF A WEAPON, INCITING A DISTURBANCE, ARSON, ETC.

| VIOLATION DATE | CDCR LOG NUMBER | RULE VIOLATION | DIVISION |
|---|---|---|---|
| 08/07/2020 | 000000007021937 | 302) - Alteration of governmental record not affecting term | Division F |
| 09/17/2020 | 000000007031037 | 3041(a) - Refuse to work | Division F |
| 10/30/2020 | 000000007041168 | 3005(c) - Refusing to Accept Assigned Housing-Delaying a PO | Division D |
| 05/17/2021 | 000000007088702 | 3005(c) - Refusing to Accept Assigned Housing-Delaying a PO | Division D |
| 04/26/2022 | 000000007179647 | 3005(b) - Disobeying an Order | Division F |

### OTHER SERIOUS VIOLATIONS

## XIII. MEDICAL/PSYCHIATRIC

| PHYSICAL DISABILITY | DEVELOPMENTAL DISABILITY (DD) | TRANSPORT PRECAUTION |
|---|---|---|
| ☐ NO DISABILITY<br>☑ DPP | ☐ DD | ☑ TRANSPORT PRECAUTION CODE: 03<br>☑ PER MEDICAL EVALUATION DATED: 05/17/2022 |

| ☑ PER M/H EVALUATION DATED: 05/28/2020 | ☐ CCCMS | ☐ EOP | ☐ MHCB | ☐ DSH | ☐ KEYHEA |
|---|---|---|---|---|---|

| ISUDT | |
|---|---|
| ASAM IDENTIFIER: T3 – CBI Life Skills<br>☐ CURRENTLY ON MAT | |

CDCR SOMS OTRTJ35 - CDC NUMBER: BL0485 NAME: SENATOR, BRUCE R.          Page 3 of 4

INMATE COPY

LIST SPECIFIC MEDICAL/MENTAL HEALTH, OUTPATIENT CLINIC NEEDS, AND MEDICAL CONCERNS/DISABILITIES

DPP Disability: DPM; DNH; SLI Required: No; Comm. Method: Hearing Aids.
Need Staff to Speak Loudly and Clearly; Durable Medical Equipment: Hearing Aid
Mobility Impaired Disability Vest
Eyeglass Frames
Hearing Impaired Disability Vest
Walkers; Housing Restriction: Ground Floor-No Stairs
Lower/Bottom Bunk Only; Physical Limitations: Transport Vehicle with Lift
Special Cuffing Needed
Lifting Restriction: Unable to Lift more than 19 Pounds
Permanent - 12/31/9999

CDCR SOMS OTRT135 - Resume Register Single

STATE OF CALIFORNIA
**NOTICE AND CONDITIONS OF POSTRELEASE COMMUNITY SUPERVISION**
CDCR 1515-CS (Rev. 08/12)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

1. **YOU ARE SCHEDULED TO BE RELEASED TO POSTRELEASE COMMUNITY SUPERVISION EFFECTIVE** APRIL 12TH, 2023. Pursuant to Penal Code section 3450, et. seq., you are subject to community supervision provided by a county agency for a period not exceeding three years. Release to county supervision is subject to the following notice and conditions. Should you violate conditions of this release or violate the law, you can be incarcerated in county jail regardless of whether or not new charges are filed.

YOU ARE SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS OF POSTRELEASE COMMUNITY SUPERVISION (PRCS):

a. You shall waive extradition to the State of California from any state or territory of the United States or from the District of Columbia. You shall not contest any effort to return you to the state of California.

b. If the supervising agency determines, based upon psychiatric reasons, that you pose a danger to yourself or others, the court may, if necessary, order your placement in a community treatment facility for psychiatric treatment.

c. You, your residence, and any other property under your control may be searched without a warrant day or night by an agent of the supervising county, any peace officer, or law enforcement officer. You shall be subject to arrest with or without a warrant by a peace officer employed by the county agency, at the direction of the supervising county agency, or by any peace officer when there is probable cause to believe there is a violation of the terms and conditions of county supervision.

d. If another jurisdiction has lodged a detainer against you, you may be released to the custody of that jurisdiction. Should you be released from their custody prior to the expiration of your period of supervision, or should the detainer not be exercised, you are to immediately contact the Probation Department in your county of last legal residence for supervision instructions.

e. You shall participate in rehabilitation programming as recommended by the supervising county agency.

The procedure for obtaining a Certificate of Rehabilitation is documented in PC 4852.01 - 4852.21.

**CONDITIONS OF POSTRELEASE COMMUNITY SUPERVISION**

2. **SPECIAL CONDITIONS:** Special conditions of release must: a) relate to the crime for which you were convicted; b) relate to criminal conduct; and, c) prohibit conduct which may be related to future criminality. **You are subject to the following special conditions:**

## See attached.

**REASON(S) FOR THE IMPOSITION OF SPECIAL CONDITIONS OF POSTRELEASE COMMUNITY SUPERVISION:**

## See attached.

| I acknowledge my special conditions of PRCS: | STAFF NAME (PRINT OR TYPE) | STAFF SIGNATURE | DATE SIGNED |
|---|---|---|---|
| INMATE INITIALS: BRS ☐ Refused to Initial | | | |

3. **RELEASE, REPORTING, RESIDENCE:** Unless other arrangements are approved in writing, you shall report to your supervising county agency within two working days following your release. The name, address, and telephone number of the county agency responsible for your Postrelease Community Supervision shall be documented on the CDCR Form 611, Release Program Study, which is incorporated by reference as part of this agreement. You will inform your supervising county agency of your residence, employment, education, or training. Any change or anticipated changes in residence, employment, education, or training shall be reported to your supervising county agency in advance. You shall inform the supervising county agency of new employment within 3 business days of the change in employment status.

4. **SUPERVISING COUNTY AGENCY INSTRUCTIONS AND TRAVEL:** You shall comply with all instruction of your supervising county agency representative. You shall not travel more than 50 miles from your residence without prior written approval of your supervising county. You shall not be absent from your county of residence for a period of more than 48 hours and not leave the State of California without prior written approval of your supervising county agency.

5. **CRIMINAL CONDUCT:** You shall not engage in conduct prohibited by law (state, federal, county or municipal). You shall immediately inform your supervising county agency if you are arrested for a felony or misdemeanor crime, or citation. Conduct prohibited by law may result in a revocation by a court for time to be served in county jail even though a criminal conviction does not occur.

6. **WEAPONS:** You shall not own, use, have access to, or have under your control: (a) any type of firearm or instrument or device which a reasonable person would believe to be capable of being used as a firearm or any ammunition which could be used in a firearm; (b) any weapon defined in state or federal statutes, or any instrument or device which a reasonable person would believe to be capable of being used as a weapon (c) any knife with a blade longer than two inches except kitchen knives which must be kept only in the kitchen of the persons residence and knives related to your employment which may be used and carried only in connection with your employment, approved in a document issued by the supervising county, which requires that you possess the document of approval at all times and make it available for inspection; or (d) a crossbow of any kind. You shall not knowingly own or possess any dangerous or deadly weapons, nor remain in a building or vehicle where you know any person has such a weapon, nor remain in the presence of any person you know is unlawfully armed.

7. **FLASH INCARCERATION:** You may be subject to the imposition of a period of "flash incarceration" in a county jail of not more than 10 consecutive days for any violation of your Postrelease Community Supervision conditions.

8. **THIS DOCUMENT SERVES AS YOUR NOTICE AND CONDITIONS OF POSTRELEASE COMMUNITY SUPERVISION.** Per PC Section 3067(a), any inmate who is eligible for release on parole pursuant to this chapter or postrelease community supervision pursuant to Title 2.05 (commencing with section 3450) of Part 3 shall be given notice that he or she is subject to terms and conditions of his or her release from prison.

I have read, or have had read to me, and understand these conditions as they apply to me. ☐ Inmate refused to sign conditions

| CDCR NUMBER | INMATE NAME (PRINT OR TYPE) | INMATE SIGNATURE | DATE SIGNED |
|---|---|---|---|
| BL0485 | SENATOR, BRUCE R. | Bruce Senator | 3-1-2023 |

**THIS SECTION TO BE COMPLETED BY CDCR STAFF ONLY:**

DOES THE INMATE HAVE A QUALIFYING DISABILITY REQUIRING EFFECTIVE COMMUNICATION? ☐ YES ☐ NO

IF YES, CITE THE SOURCE DOCUMENT AND / OR OBSERVATIONS: SOMS: GP, TABE: Score Not Available, DNH

WHAT TYPE OF ACCOMMODATION OR ASSISTANCE WAS PROVIDED TO ACHIEVE EFFECTIVE COMMUNICATION TO THE BEST OF THE INMATE'S ABILITY: Subject wore hearing aids. Read Documents, speaking loudly and clearly. Subject provided appropriate responses.

| STAFF NAME (PRINT OR TYPE) | STAFF SIGNATURE | DATE SIGNED |
|---|---|---|
| T. R. Garcia | TR | 3-1-23 |

DISTRIBUTION:   ORIGINAL TO CENTRAL FILE;   COPY TO PROBATION]   COPY TO INMATE

0021

# EXHIBIT:  B

# EXHIBIT:  B

0023    Page 1 of

Name: SENATOR, BRUCE R.                                      CDC #: BL0485  PID #: 1120707

CHSS035C **DPP Disability/Accommodation Summary** Tuesday November 15, 2022 0

As of: 11/15/2022  ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: BL0485 | Current DDP NCF |
| Name: SENATOR, BRUCE R. | Status: |
| Facility: VSP-Facility C | DDP None |
| Housing C 003 1/015004L | Adaptive |
| Area/Bed: | Support |
| Placement 42 | Needs: |
| Score: | Current DDP 10/31/2001 |
| Custody Medium (A) | Status Date: |
| Designation: | DPP Codes: DPM, DNH |
| Housing Non-Designated Program Facility | DPP 05/17/2022 |
| Program: | Determination |
| Housing Ground Floor-No Stairs | Date: |
| Restrictions: Lower/Bottom Bunk Only | Current MH GP |
| Physical Transport Vehicle with Lift | LOC: |
| Limitations Special Cuffing Needed | Current MH 05/28/2020 |
| to Lifting Restriction- Unable to Lift more than | LOC Date: |
| Job/Other: 19 Pounds | SLI Required: No |
| Permanent - 12/31/9999 | Interview 05/18/2022 |
| | Date: |
| | Primary Hearing Aids |
| | Method: |
| | Alternate Need Staff to Speak Loudly and Clearly |
| | Method: |
| | Learning |
| | Disability: |
| | Initial TABE |
| | Score: |
| | Initial TABE |
| | Date: |
| | Durable Hearing Aid |
| | Medical Mobility Impaired Disability Vest |
| | Equipment: Eyeglass Frames |
| | Hearing Impaired Disability Vest |
| | Walkers |
| | Languages |
| | Spoken: |

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 12/10/2019 | Privilege Group: B |
| Last Returned Date: | Work Group: A2 |
| Release Date: 02/21/2024 | AM Job Start Date: |
| Release Type: Earliest Possible Release Date | Status: |
| | Position #: |
| | Position Title: |
| | Regular Days On: |

0024

1845/7410                                    SENATOR, BRUCE RICHARD - BL0485

**1845/7410 Entered On: 9/8/2021 17:42 PDT**
**Performed On: 9/8/2021 17:41 PDT by Lerro, Elsa P&S**

**Patient Encounter Information**
*ENCTR Information:* Encounter Info: Patient Name: BRUCE SENATOR,DOB: 03/30/1955,,FIN:
10000001111207071BL0485,Facility: SATF,Encounter Type: Institutional Encounter

Lerro, Elsa P&S - 9/8/2021 17:41 PDT

**1845/7410**
*Disability Verification:* Disability Confirmed
*Disability Type: Mobility:* DNM-may require assistive device to ambulate, but disability not so severe to require special housing/level terrain. Criteria: Must have impairment of major life activity. May have special needs outside housing placement. Can walk up/down steps/stairs
*Disability Type: Hearing:* No Hearing Impairment
*Disability Type: Vision:* No Vision Impairment
*Speech-DPS:* No
*Kidney-DKD:* No
*1845/7410 Status:* Permanent
*Orthopedic Condition:* Bone disease of spine
*Post Operation-Post Injury:* N/A
*Orthopedic Condition-Upper Extremity:* N/A
*Neurological Condition:* Balance issues; Cerebral Palsy or Multiple Sclerosis, N/A
*Orthopedic Condition-Lower Extremity:* Weakness of both lower extremities, Walker User, Uses hands to assist with mobility (e.g. cane, walker, crutches) and even with staff assistance, needs a wheelchair lift to access transport vehicles
*UV Exposure:* N/A
*Inmate Assistant Attendant:* N/A
*Bed/Housing Mobility:* N/A
*7410-Other:* N/A
*Non-Formulary One Off Accommodations:* LBO = Non-Formulary bottom bunk accommodation not covered by above criteria.
*Non-Formulary One Off Justification:* due to dysequilibrium; needs waist cuff chrono
*DPW:* N/A
*DPO:* N/A
*DPM:* N/A
*DLT:* N/A
*DNM:* DNM

| | |
|---|---|
| Result type: | 1845/7410 |
| Result date: | September 08, 2021 17:41 PDT |
| Result status: | Auth (Verified) |
| Result title: | 1845/7410 |
| Performed by: | Lerro, Elsa P&S on September 08, 2021 17:41 PDT |
| Verified by: | Lerro, Elsa P&S on September 08, 2021 17:41 PDT |

| | | |
|---|---|---|
| Printed by: | Ballou, Mark HRT I | Page 1 of 2 |
| Printed on: | 3/15/2023 13:31 PDT | |

0024

0025

# EXHIBIT:  C

# EXHIBIT:  C

Name: SENATOR, BRUCE R.                                            CDC #: BL0485  PID #: 112070

CHSS035B            **DPP Disability/Accommodation** Tuesday March 14, 2023 08:53:25

Date of Form: 02/13/2023                                    Time: 09:43:50
Facility: VSP-Facility C
Staff Name: Johnson Patricia
Type of Form: Accommodation Chrono                          Data Source: Millennium

**Housing Restrictions**

| Restriction Type | Duration | Expiration Date | Re-Evaluation |
|---|---|---|---|
| Ground Floor-No Stairs | Permanent | 12/31/9999 | No |
| Lower/Bottom Bunk Only | Permanent | 12/31/9999 | No |

**Physical Limitations to Job/Other**

| Physical Limitations | Qualifier | Duration | Expiration Date | Re-evaluation |
|---|---|---|---|---|
| Transport Vehicle with Lift | | Permanent | 12/31/9999 | No |
| Special Cuffing Needed | | Permanent | 12/31/9999 | No |
| Lifting Restriction- Unable to Lift more than 19 Pounds | | Permanent | 12/31/9999 | No |
| No Rooftop Work | | Permanent | 12/31/9999 | No |

**Items Removed**
None

**Non Formulary Accomodations/Comments**

due to medical

| Prior Page |

Show Last Updated Information

0026

0027

1845/7410                                    SENATOR, BRUCE RICHARD - BL0485

**1845/7410 Entered On: 2/13/2023 9:43 PST**
**Performed On: 2/13/2023 9:43 PST by Johnson, Patricia NP**

**Patient Encounter Information**
*ENCTR Information :* Encounter Info: Patient Name: BRUCE SENATOR,DOB: 03/30/1955,,FIN:
10000003811207071BL0485,Facility: VSP,Encounter Type: Institutional Encounter

Johnson, Patricia NP - 2/13/2023 9:43 PST

**1845/7410**
*Disability Verification :* Disability Confirmed
*Disability Type: Mobility :* DPM-severe mobility restrictions; uses assistive device other than WC to ambulate, cannot walk up/down stairs because of disability. Criteria: No WC but uses other assistive device (walker, cane, etc). Generally no steps/stairs in regular path of travel
*Disability Type: Hearing :* DNH-has a hearing impairment and uses assistive device to achieve effective communication. Criteria: Assistive hearing device prescribed. Hearing Impaired Vest required while outside cell/bed area when hearing device(s) are not in use.
*Disability Type: Vision :* No Vision Impairment
*Speech-DPS :* No
*Kidney-DKD :* No
*1845/7410 Status :* Permanent
*Orthopedic Condition :* Bone disease of spine
*Post Operation-Post Injury :* N/A
*Orthopedic Condition-Upper Extremity :* N/A
*Neurological Condition :* Disorder of treatment effecting equilibrium
*Orthopedic Condition-Lower Extremity :* Walker User; Uses hands to assist with mobility (e.g. cane, walker, crutches) and even with staff assistance, needs a wheelchair lift to access transport vehicles
*UV Exposure :* N/A
*Inmate Assistant Attendant :* N/A
*Bed/Housing Mobility :* N/A
*7410-Other :* N/A
*Non-Formulary One Off Accommodations :* LBO = Non-Formulary bottom bunk accommodation not covered by above criteria., SC = Special Cuffing/Restraints Alert accommodation not covered by above criteria., LR = Lifting Restriction accommodation not covered by above criteria.
*Non-Formulary One Off Justification :* due to medical
*DPW :* N/A
*DPO :* N/A

| | |
|---|---|
| Result type: | 1845/7410 |
| Result date: | February 13, 2023 09:43 PST |
| Result status: | Auth (Verified) |
| Result title: | 1845/7410 |
| Performed by: | Johnson, Patricia NP on February 13, 2023 09:43 PST |
| Verified by: | Johnson, Patricia NP on February 13, 2023 09:43 PST |

| | | |
|---|---|---|
| Printed by: | Ballou, Mark HRT I | Page 1 of 2 |
| Printed on: | 3/15/2023 13:32 PDT | |

0027

**VSP - Valley State Prison**

Patient:                  **SENATOR, BRUCE RICHARD**
DOB/Age/Birth Gender:   3/30/1955  /  67 years   /   Male          CDCR: BL0485

## Progress Notes

Document Type:              Outpatient Progress Note
Document Subject:           upDate 1845 7410 MCC
Service Date/Time:          2/13/2023 09:53 PST
Result Status:              Auth (Verified)
Perform Information:        Johnson,Patricia NP (2/13/2023 10:00 PST)
Sign Information:           Johnson,Patricia NP (2/13/2023 10:20 PST)
Authentication Information: Johnson,Patricia NP (2/13/2023 10:20 PST); Johnson,Patricia NP (2/13/2023 10:20 PST)

**Chief Complaint**
Update 1845, 7410, MCC

**History of Present Illness**
Patient seen via telemedicine with the assistance CNA for evaluation for clinical indication for transfer lift during transport and to update 1845, 7410 and MCC.

Patient with medical history of thoracic kyphosis, with multi level moderate degenerative disc disease with spondylosis. Patient with a history of head trauma 6/24/2020 resulting in decreased hearing with tinnitus and disequilibrium intermittently. MRI 9/4/2021 normal. Patient with is status post L5 and S1 laminectomy 3/2013.

States he is able to ambulate about the institution with the use of his 4 wheeled walker. Patient reports that he has periodic muscle spasms of bilateral lower extremity in addition to distal leg equilibrium that is intermittent. States he is able to do all his activities of daily living independently without any assistance.

Patient states due to his intermittent equilibrium he has required transfer lift during transport for safety

Also hearing impaired. Patient presents to medical clinic with use of functional bilateral hearing aids. Patient is communicated to via speaker phone for additional accommodation.

**Physical Exam**
  Vitals & Measurements
  **WT:** 71.7 kg  **WT:** 71.7 kg (Wt est)
Ambulates into exam room with a steady gait with use of walker. Patient is able to park walker and sit in exam air with bilateral hips and knees flexed greater than 90 degrees. Patient is able to extend bilateral lower extremities bilateral lower extremities without any deformity. Patient is able to stand with walker ambulate over to exam table step up on exam table with bilateral hips and knees flexed 90 degrees and step down with use of walker.

**Assessment/Plan**
Adequate accommodation-1845, 7410 and MCC updated to reflect clinical need for transfer lift for safety and transport. In addition special cuffing due to use of assistive device DME item for ambulation. Patient advised to follow-up with PCP for any changes via 7362.

**Problem List/Past Medical History**
Ongoing
Delusional disorder
Historical
No qualifying data

**Medications**
Inpatient
diclofenac 1% topical gel, 4 gm, 2 app, Topical, QID-KOP, PRN
lidocaine 5% topical film, 1 patch, Topical, Daily-KOP, PRN
Home
No active home medications

**Allergies**
Nuts
Oats
Peanuts
Seeds
Contrast Dye (Hives)

**Social History**
Alcohol
Former, Beer
Employment/School
Previous employment/school: I/P also reported a working as a consulting for a marketing and consulting company. He has also reported a working history doing computer graphics.. Highest education level: University degree(s). Behavioral Problems in School No. Special Education Classes Patient has a documented history of obtaining a Bachelor's degree from CSU Fullerton in marketing and accounting..
Home/Environment
Mother Lives with:. Have you ever been emotionally abused: No. Have you ever

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  66478489                              Print Date/Time:  3/3/2023 06:56 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# EXHIBIT:  D

# EXHIBIT:  D

# Bruce Richard Senator
## Outline of Injuries and Conditions
### Updated through 11/05/2023

07/1988    Pincered Thoracic Spine at T8-T9.  Disc protrusion.  Ligament damage.
           *Recurrent T/S buckling.  Chronic T/S & L/S swelling & spasms.

08/1994    Auto Accident.  Rear-end impact collision.
           *Severe cervical whiplash.  Speech pathology (transpose letters of adjacent words).

01/2000    RT Knee & RT Hip.  Twisted and compressed.
           *RT knee pain, clicking, instability (tricks forward; hyperextends backward).

07/2000    RT Upper Bicep.  Soft tissue rupture or tear.

Mid/2007  Involuntary neuromuscular tick seizure disorder.
           *With brain electrical stimulation, and 'white-out.'
           *Upper and Lower limbs jerk around. Lower limbs go into prolonged contortion.
           *Jaw snaps, and can grind to one side.

07/2011    T/S Buckled.  On hitting floor, RT side whiplashed.  Radiating lumbar pain.
12/2012    *MRI; damage multiple levels; L3/L4, L4/L5, L5/S1 RT side 6cm protrusion.
           *EMG; RT side radiculopathy, confirming MRI.

03/2013    Neurosurgery, L5/S1.
           *Large entry wound.  Scar tissue envelopes S1 nerve root.
12/2013    *MRI; Scar tissue partially enveloping S1 nerve root.
           *EMG; permanent, bilateral lower extremity nerve damage.
04/2014    *Intermittent, total-temporary, bilateral lower extremity paralysis.
02/2015    *Daily, lower extremity, bilateral neuromuscular contortions, calves to feet.

03/2013    Neurosurgery; L5/Sq; Urology.
           *Urethra punctured during catheterization. Scar tissue. Problems evacuating.

04/2019    T/S Buckled.  Fell hard on left hip.  Hip pain.

08/2019    Numbness across toes, more on left foot.

06/2023    *Increase of lower extremity, bilateral neuromuscular contortions, calves to feet.
           … As many as four (4) in one night, waking up from sleep.
           *Elevation of contortions beginning now just above knee (posterior).

# Bruce Richard Senator
## Outline of Injuries and Conditions
( Addendum )

06/2021    Victim of attempted murder;  Several attacks with serious injuries.
- First Attack;  7:15 A.M.
  - Top of skull crushed down with hot water pot filled with water and top lid screwed/locked into place.
    *Wound healed (scarred), but swooning pain persists 24/7 around top ¼ of skull.
  - Back of skull crushed down with hot water pot.
    *Wound healed with no residual pain.
  - Upper-left thoracic down under armpit to upper-left sternum soft-tissue injury.  Healed with no residual pain.

- Second Attack;  8:15 A.M.
  - RT ear avulsion; top of ear.
    Sock filled with bars of soap flung onto RT side of head.
    Ear healed with minor residual pain.
  - RT side Eustachian tube damaged from sock filled with bars of soap.
    *Disequilibrium.
    *Warbling sound upon air pressure;
    (Tapping mastoid air cell above Eustachian tube invokes audio tone in the same spectrum of the warbling sound).
    (**NOTE:  Warbling sound is likely from air pushing through the damaged Eustachian tube causing vibrations. Vibrations cause sound**).

  - RT eye Increase in the number of interocular floaters.
  - LFT eye now has interocular floaters

  - Increase in involuntary neuromuscular tick seizure disorder.
    *More overall frequency.
    *Additional ticks to RT arm and LFT arm (singularly, not bilaterally).
    *Additional tics to head; jerking to the RT side; snapping of jaw.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 9          , 2024.

Signature of Plaintiff   *Bruce Senator*     *Bruce Senator*

Printed Name of Plaintiff   Bruce Richard Senator

April 9, 2024

Bruce Richard Senator
PO Box 4783
Garden Grove, CA 92842-4783
Tel: (657) 251-7001 or (657) 800-8065
Email: brucesenator@gmail.com

Clerk of the Court
U.S. District Court for the Eastern District of California
2500 Tulare Street, Room 1501
Fresno, CA 93721-1322

RE:     New Litigation for the Eastern District of California

Dear Clerk,

      Enclosed please find a new civil litigation.

      Although the first named defendant resides in Sacramento County, all incidents occurred in Madera County.  Thus this litigation is properly filed in the Eastern District of California.

Thank you,

*Bruce Senator*   *Bruce Senator*

Bruce R. Senator