# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFF MACOMBER, et al.,<br><br>  Defendants. | Case No.  1:24-cv-00439-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 3, 4) |

Bruce Richard Senator ("Plaintiff"), proceeding pro se in this action, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on April 12, 2024.  (ECF No. 3.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **June 4, 2024**

UNITED STATES MAGISTRATE JUDGE