# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFF MACOMBER, et al.,<br><br>  Defendants. | Case No. 1:24-cv-00439-SAB<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO ELECTRONICALLY FILE DOCUMENTS AND APPEAR REMOTELY UNLESS PERSONAL APPEARANCE IS REQUIRED<br><br>(ECF No. 4) |

  Plaintiff Bruce Richard Senator ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed a civil rights action on April 12, 2024. Plaintiff concurrently filed a motion to file and serve electronically via CM/ECF and to appear remotely at hearings unless physical appearance is required. (ECF No. 4.)

  Pursuant to the Local Rules, a pro se party must file and serve paper documents. L.R. 133(a). Persons appearing pro se are specifically prohibited from utilizing electronic filing "except with the permission of the assigned Judge or Magistrate Judge." L.R. 133(b)(2). A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3). A motion requesting electronic filing by a person appearing pro se must set out an explanation of reasons for the exception. L.R. 133(b)(3). It is within the Court's discretion to grant or deny such a request. Reddy v. Precyse

Solutions LLC, 1:12–CV–2061 AWI SAB, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

Plaintiff requests permission to file electronically via CM/ECF because "the cost of paper filings and service (printing, envelopes, postage) is substantial" given Plaintiff's fixed income. (ECF No. 4)  Plaintiff states he "already has a PACER account and can log in to CM/ECF."  (Id.) Upon review of the pleadings in this action and the instant request, the Court finds that Plaintiff's request does not currently warrant an exception to the Local Rule.  Accordingly, Plaintiff's request for permission to use the electronic case filing system shall be denied without prejudice.

Plaintiff also requests permission to appear at hearings remotely unless physical appearance is required.  (ECF No. 4.)  The Court's current practice is to allow parties to appear either in person or via video for various hearings, including scheduling conferences, civil motions, and informal discovery disputes. The video, however, requires a strong internet connection and must appear in the video (camera must be on), be appropriately attired for court and have an appropriate background.  The Court will specify when it requires personal appearance by the parties.  Accordingly, the Court grants Plaintiff's request for permission to appear remotely unless personal appearance is required.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for permission to utilize electronic filing (ECF No. 4) is DENIED without prejudice; and
2. Plaintiff's request to appear remotely unless personal appearance is required (ECF No. 4) is GRANTED.

IT IS SO ORDERED.

Dated:   **September 3, 2024**

UNITED STATES MAGISTRATE JUDGE