# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00439-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ELECTRONICALLY FILE DOCUMENTS VIA CM/ECF<br><br>(ECF No. 8) |

Plaintiff Bruce Richard Senator ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed a civil rights action on April 12, 2024, along with a motion to file and serve electronically and appear remotely at hearings. (ECF Nos. 1, 4.) On September 9, 2024, Plaintiff's motion to file and served electronically was denied and the motion to appear remotely at hearings was granted. (ECF No. 6.) On October 3, 2024, Plaintiff filed a second motion to file electronically via CM/ECF. (ECF No. 8.)

Pursuant to the Local Rules, a pro se party must file and serve paper documents. L.R. 133(a). Persons appearing pro se are specifically prohibited from utilizing electronic filing "except with the permission of the assigned Judge or Magistrate Judge." L.R. 133(b)(2). A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3). A motion requesting electronic filing

1  by a person appearing pro se must set out an explanation of reasons for the exception.  L.R.
2  133(b)(3).  It is within the Court's discretion to grant or deny such a request.  Reddy v. Precyse
3  Solutions LLC, 1:12–CV–2061 AWI SAB, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

4        Similar to his prior motion to file electronically, Plaintiff states he has had a PACER
5  account for well over a decade and files electronically in other courts.  (ECF No. 8 at 1.)  He
6  states that he is 69 years old, is on a fixed income, and filing electronically will be more cost
7  effective and allow for timely filing.  (Id.)  Upon review of the pleadings in this action and the
8  instant request, the Court finds that Plaintiff's request does not currently warrant an exception to
9  the Local Rule.  Accordingly, Plaintiff's request for permission to use the electronic case filing
10 system shall be denied without prejudice.

11       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for permission to file
12 electronically via CM/ECF (ECF No. 8) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **October 4, 2024**

UNITED STATES MAGISTRATE JUDGE