# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | Case No.  1:24-cv-00439-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11) |

Plaintiff Bruce Richard Senator, proceeding pro se and in forma pauperis, initiated this civil action on April 12, 2024.  (Doc. 1.)  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On September 3, 2024, the assigned magistrate judge screened plaintiff's complaint, found it failed to state any cognizable claim for relief under 42 U.S.C. § 1983, the Americans with Disabilities Act, California Civil Code § 43, California Civil Code § 51, or California Civil Code § 1708, and granted plaintiff leave to amend.  (Doc. 7.)

On October 3, 2024, plaintiff filed a first amended complaint.  (Doc. 9.)  On October 29, 2024, the magistrate judge screened the amended complaint, found it failed to state any cognizable federal claims, and issued findings and recommendations to dismiss this action without leave to amend.  (Doc. 11.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service.

1  (*Id.* at 13.) No objections have been filed and the time to do so has passed.

2  Pursuant to 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 29, 2024, (Doc. 11), are adopted;
2. This action is dismissed for failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 26, 2025

_____
UNITED STATES DISTRICT JUDGE

2